# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF A CRIMINAL COMPLAINT FOR TRAVIS JORDAN CHISLOM | Docket No. 3:21-mj-133<br><br>*UNDER SEAL* |

## ORDER SEALING COMPLAINT, APPLICATION, AFFIDAVIT, ATTACHMENTS, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Complaint, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Lambert.Guinn@usdoj.gov).

SO ORDERED this 26th day of May 2021.

Signed: May 26, 2021

David C. Keesler
United States Magistrate Judge